FREDDIE McCLURE, Also Known as FREDERICK T. McCLURE, Respondent, v. CAROLINE SWEENEY, Respondent, and EDWARD E. DEAN, Referee, Appellant.—

* See 226 App. Div. 624.— [REP.

Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.